**Donnell LINTHECOME,**
**Plaintiff–Appellant,**

v.

**John W. SNOW, Secretary, Department of Treasury, Defendant–Appellee.**

No. 05–10581.

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 10, 2005.

Sandra Randle Fordjour, Law Office of Randle Fordjour & Associates, Mansfield, TX, for Plaintiff–Appellant.

Frank D. Able, Assistant U.S. Attorney, Dallas, TX, for Defendant–Appellee.

Before REAVLEY, JOLLY and OWEN, Circuit Judges.

PER CURIAM:

The judgment of the district court is affirmed.

Linthecome argues that the grievance procedure he selected did not require appeal to the arbitrator, a step that is required for exhaustion of the administrative remedies. That same contention was raised in the prior appeal. He lost that appeal for failure to exhaust administrative remedies, and now he offers no support for his contention that an appeal to an arbitrator is not required or that anything has changed.

The jurisdiction of the court over the exhaustion issue was resolved in the prior cases. Linthecome is estopped to raise it here.

AFFIRMED.